# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00730-CV

**Vincent Corson, Appellant**

**v.**

**Jankea Lashawn Wiggins, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
### NO. 265,705-C, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Vincent Corson attempts to appeal from the trial court's Final Divorce Decree. The trial court signed the decree on June 24, 2014, but Corson did not file his appeal until October 24, 2016, more than two years later. On November 1, 2016, this Court sent notice to Vincent Corson that the notice of appeal was not timely filed and requested a response showing that this Court has jurisdiction over the appeal. Corson also was notified that his appeal may be dismissed for want of jurisdiction if he did not respond to this Court by November 14, 2016. Corson filed a response, but it does not demonstrate that this Court has jurisdiction. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Dismissed for Want of Jurisdiction

Filed:   November 18, 2016